Gabriel A. Martinez, Esq. (SBN 326)
Thomas W. Askeroth, Esq. (SBN 11513)
Dillon G. Coil, Esq. (SBN 11541)
**GREENMAN GOLDBERG RABY & MARTINEZ**
601 South Ninth Street
Las Vegas, NV 89101
Phone: 702.384.1616 ~ Fax: 702.384.2990
gmartinez@ggrmlawfirm.com
taskeroth@ggrmlawfirm.com
dcoil@ggrmlawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFERY MARTIN,<br><br>         Plaintiff,<br><br>    vs.<br><br>ALBERTSON'S, LLC, dba Albertson's, a foreign limited-liability company; DOES I through X; and ROE BUSINESS ENTITIES I through X; inclusive,<br><br>         Defendants. | 2:18-cv-01298-JCM-PAL<br><br>**NOTICE OF FRCP 26(f) MEETING** |

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL HEREIN:

PLEASE TAKE NOTICE that a case conference, pursuant to FRCP 26(f), will be held on August 16, 2018, at 4:00 PM at the offices of GREENMAN GOLDBERG RABY & MARTINEZ, 601 South Ninth Street, Las Vegas, NV 89101. You are invited to attend and participate.

Dated this 15th day of August, 2018.

**GREENMAN GOLDBERG RABY & MARTINEZ**

/s/ Dillon G. Coil

Gabriel A. Martinez, Esq. (SBN 326)
Thomas W. Askeroth, Esq. (SBN 11513)
Dillon G. Coil, Esq. (SBN 11541)
601 South Ninth Street
Las Vegas, NV  89101
Phone: 702. 384.1616 ~ Fax: 702.384.2990

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of GREENMAN, GOLDBERG, RABY & MARTINEZ, and that on this 15th day of August, 2018, I did cause a true copy of the foregoing NOTICE OF FRCP 26(f) MEETING was electronically filed and served to each of the parties indicated in the Master Service List below:

United States District Court
District of Nevada (Las Vegas)
CIVIL DOCKET FOR CASE #: 2:18-cv-01298-JCM-PAL

Martin v. Albertson's LLC
Assigned to: Judge James C. Mahan
Referred to: Magistrate Judge Peggy A. Leen
Case in other court: Eighth Judicial District Court, A-18-770229-C
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 07/16/2018
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**
Jeffrey Martin

represented by **Dillon G. Coil**
Greenman, Goldberg, Raby & Martinez
601 South Ninth Street
Las Vegas, NV 89101
702-384-1616
Fax: 702-384-2990
Email: dcoil@ggrmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriel A Martinez**
Greenman, Goldberg, Raby & Martinez
601 South Ninth Street
Las Vegas, NV 89101
702-384-1616
Fax: 702-384-2990
Email: jaskeroth@ggrmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
Albertson's LLC
*doing business as*
Albertson's

represented by **Jack P. Burden**
Backus Carranza
3050 South Durango Drive
Las Vegas, NV 89117
872-5555
Fax: 872-5545
Email: jburden@backuslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Xiao Wen Jin**
Backus Carranza
3050 S Durango Dr
Las Vegas, NV 89117
702-872-5555
Fax: 702-872-5545
Email: ShirleyJin@backuslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

/s/ Jade Askeroth
_____
An Employee of GREENMAN, GOLDBERG, RABY & MARTINEZ

2